# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ADAMS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DAHL, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:23-cv-01608-BAM (PC)<br><br>ORDER VACATING JANUARY 19, 2024, HEARING ON MOTION TO REMAND<br><br>(ECF No. 4) |

Plaintiff Paul Adams ("Plaintiff") is a state prisoner proceeding with counsel in this civil rights action pursuant to 42 U.S.C. § 1983.  This action was removed from Kern County Superior Court on November 14, 2023.  (ECF No. 1.)  The notice of removal was served on Plaintiff's counsel on November 20, 2023.  (ECF No. 3.)

On December 4, 2023, Plaintiff appeared, through counsel, and filed a motion to remand. (ECF No. 4.)  Plaintiff set the motion for hearing before the undersigned on January 19, 2024 at 9:00 a.m.  (*Id.*)

Pursuant to Local Rule 230(l), "all motions, except motions to dismiss for lack of prosecution, filed in actions wherein one party is incarcerated and proceeding *in propia persona*, shall be submitted upon the record without oral argument unless otherwise ordered by the Court. Such motions need not be noticed on the motion calendar."  The parties are advised that although Plaintiff is now represented by counsel, it is the Court's general practice to apply Local Rule

230(l) and certain other local rules concerning actions in which one party is incarcerated and proceeding *in propia persona*, even in actions where the plaintiff is later represented by counsel.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The motion hearing set for January 19, 2024, is VACATED;
2. Defendants' opposition or statement of non-opposition to Plaintiff's motion to remand, (ECF No. 4), remains due not more than **twenty-one (21) days** after the date of service of the motion; and
3. Plaintiff's reply, if any, is due not more than **fourteen (14) days** following the filing of Defendants' response.

IT IS SO ORDERED.

Dated:   **December 5, 2023**              /s/ *Barbara A. McAuliffe*
                                           UNITED STATES MAGISTRATE JUDGE