UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ADAMS,<br><br>            Plaintiff,<br><br>    v.<br><br>ANDY DAHL, et al.,<br><br>            Defendants. | No.  1:23-cv-01608-KES-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING PLAINTIFF'S MOTION TO REMAND ACTION TO STATE COURT AND DISMISSAL OF FEDERAL CLAIMS<br><br>(Doc. 11) |

Plaintiff Paul Adams is a former state prisoner proceeding through counsel in this civil rights action brought pursuant to 42 U.S.C. § 1983.  This action was removed from Kern County Superior Court on November 14, 2023, by defendants Dahl, Hernandez, Kendrick, and King. (Doc. 1.)  On December 4, 2023, plaintiff filed a motion to remand this action to state court. (Doc. 4.)  Defendants filed an opposition on December 26, 2023.  (Doc. 7.)  This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 8, 2024, the assigned magistrate judge issued findings and recommendations, recommending that:  (1) to the extent plaintiff's opposition to defendants' demurrer could be construed to allege a federal claim for retaliation under the First Amendment to the U.S. Constitution, that claim be dismissed, with prejudice, as abandoned; (2) the remainder of this action, which consists only of state law claims, be remanded; and (3) plaintiff's motion to remand

be granted. (Doc. 11.) The findings and recommendations were served on the parties and contained notice that any objections were to be filed within fourteen (14) days after service. (*Id.*) No objections have been filed, and the deadline to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this court has conducted a de novo review of the case. After carefully reviewing the file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on April 8, 2024, (Doc. 11), are adopted in full;
2. To the extent plaintiff's opposition to defendants' demurrer may be construed to allege a federal claim for retaliation under the First Amendment to the U.S. Constitution, that claim is dismissed, with prejudice, as abandoned;
3. Plaintiff's motion to remand, (Doc. 4), is granted;
4. The remainder of this action, to include only plaintiff's state law claims, is remanded to the Superior Court of California, Kern County, Case No. BCV-20-102155; and
5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   August 14, 2024

UNITED STATES DISTRICT JUDGE

2